_____ RETAIN ✓

Duncan Keir, U.S. BANKRUPTCY JUDGE                    Evidentiary Hrg: Ⓨ N

PROCEEDING MEMO - CHAPTER 13

Date: 09/22/2009  Time: 11:15

08-19509 Jina M. Hall

Jeffrey M. Sirody representing Jina M. Hall (Debtor)

Gerard R. Vetter (Trustee)    R. Wray

[48]   Motion to Modify Plan.Amount of Payments per Month:328/410/490,Number
       of Months:3/9/48, Filed by Jina M. Hall (related document(s)[22]
       Amended Chapter 13 Plan filed by Debtor Jina M. Hall).
       (Attachments: # (1) Proposed Order # (2) Modified Chapter
       13 Plan)
Movant: Jina Hall        BY J Sirody;

[52]   Objection on behalf of Gerard R. Vetter Filed by
       Gerard ^6Vetter (related document(s)[48] Modify Plan filed
       by Debtor Jina M. Hall).  (^6Vetter, Gerard)
Movant: Gerard Vetter (no aty)


DISPOSITIONS:

Plan: Confirmed Modified Hold Interlineation:$___ Mos.__ Converted to Ch___
Denied without/with leave to amend by:_____ Conf:_____ Dismissed
✓ Continued to: _____ Oct 27 At 11:15
                                        No Postponement.
Other Matters:    (List Paper Number Next to Ruling)

       Granted    _____       Sustained   _____      Denied      _____
       Overruled  _____       Withdrawn   _____      Under Adv.  _____
       Moot       _____       Consent     _____      Dismissed   _____
       O.T.J. Fee _____

DECISION:

[ ] Signed by Court       [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel           [ ] Court
    [ ] Respondent's counsel       [ ] Other _____

NOTES: Counsel's Comment.

Counsel's modify plan pymts under. Cannot afford (I. analysis just received.)
Also new py stubs just received.

TR:

P 2 of motion - To cure post-pet. mtge default.
Step up
Recent paystubs that counsel has may not be consistent w/ ones sent I + J.